TIFFANY *against* DRIGGS & LYNCH.

Where an attorney is sued in a justice's court, jointly with another defendant, he cannot plead in abatement, that the court, of which he is an attorney, is then sitting.

IN ERROR, on *certiorari* to a justice's court.

The plaintiff in error brought an action of *assumpsit* against the defendants, in the court below, for work and labour; the defendants pleaded, that *Lynch*, one of the defendants, was an attorney of the supreme court, which was then sitting. The plaintiff objected that the supreme court was not sitting when the summons was issued, but the justice decided that this was immaterial, and the plaintiff having no further answer, the justice gave judgment for the defendants.

*Per Curiam.* The first section of the act for the recovery of debts to the value of 25 dollars, (1 *N. R. L.* 387,) gives cognizance to a justice of the peace of all actions not exceeding 25 dollars, as well against attorneys and other officers of any court of justice in this state, (except during the sitting of such court,) as others.

Before the passing of this statute, it must be conceded that an attorney, in no court of justice, could be allowed to plead his privilege, when prosecuted, jointly with others; and the above section does not enlarge this privilege so as to extend it to such a case. It evidently intends no more, than that an attorney shall not avail himself of the privilege he was entitled to before the passing of the act, except during the sitting of the court, and the law remains unaltered when he is sued jointly with another.

*Lynch* having been prosecuted jointly with *Driggs*, his plea of privilege ought not to have been allowed by the justice. It was, therefore, unimportant whether the court, of which he was an attorney, was in session at the time the summons issued, o. when the trial took place; it is manifest, that the proceedings of the justice were erroneous in extending to him a privilege to which he was not entitled. The judgment must, therefore, be reversed.

Judgment reversed.